UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY ANTHONY YOUNG,

          Plaintiff,

v.

SCOTT RUSSELL,

          Defendant.

CASE NO. C13-5079 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 15), and Plaintiff Ricky Anthony Young's ("Young") objections to the R&R (Dkt. 20).

On April 1, 2013, Judge Creatura issued the R&R recommending that the Court deny Young's motion for a temporary restraining order. Dkt. 15. On April 17, 2013, Young filed objections arguing, in part, that he has shown irreparable injury because he is only allowed 200 pages of paper per week and does not have meaningful, unimpeded access to the law library. Dkt. 20. The Court finds that these allegations, if true, are not irreparable injury sufficient to justify injunctive relief. Moreover, there has been no

ORDER - 1

1  showing that either the Court or Defendants have opposed any request for additional time
2  to meet a case deadline.

3  Therefore, the Court having considered the R&R, Young's objections, and the
4  remaining record, does hereby find and order as follows:

5  (1) The R&R is **ADOPTED**; and

6  (2) Young's motion for a temporary restraining order is **DENIED**; and

7  (3) This action is **RE-REFERRED** for further proceedings.

8  Dated this 10th day of May, 2013.

BENJAMIN H. SETTLE
United States District Judge