UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY ANTHONY YOUNG,

    Plaintiff,

v.

SCOTT RUSSELL, et al.,

    Defendants.

CASE NO. C13-5079 BHS-JRC

ORDER AFFIRMING DISCOVERY ORDER

This matter comes before the Court on Plaintiff Ricky Anthony Young's ("Young") appeal of magistrate's discovery order (Dkt. 83).

On October 7, 2013, United States Magistrate Judge J. Richard Creatura issued an order denying Young's motion to stay discovery and motion to extend discovery and granted Defendant Jean Anderson's ("Anderson") motion for a protective order. Dkt. 83.

The Court has broad discretionary power to control discovery. *Little v. Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). Young argues that Judge Creatura's order is an abuse of discretion. Dkt. 83 at 1. Young fails to show any abuse. Anderson is on extended medical leave, and it is well within Judge Creatura's discretion to protect Anderson from

1 discovery until she returns to work.  Moreover, there is no justification for extending all
2 discovery for 180 days because of Anderson's current inability to participate.  Therefore,
3 the Court **AFFIRMS** Judge Cretura's order.

4 **IT IS SO ORDERED.**

5 Dated this 19th day of November, 2013.

BENJAMIN H. SETTLE
United States District Judge