UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKY ANTHONY YOUNG,

    Plaintiff,

v.

SCOTT RUSSELL,

    Defendants.

CASE NO. C13-5079 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 88. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's motion second motion for injunctive relief is **DENIED**.

Dated this 10th day December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER