UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKY ANTHONY YOUNG,<br><br>                Plaintiff,<br><br>v.<br><br>SCOTT RUSSELL, et al.,<br><br>                Defendants. | CASE NO. C13-5079 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 96. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court grants Defendants' motion for summary judgment consistent with the R&R.

Dated this 27th day January, 2014.

                                                    BENJAMIN H. SETTLE
                                                    United States District Judge